# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2754

_____

| | | |
|---|---|---|
| Anthony King, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Chris Brown, Deputy Sheriff of | * | [UNPUBLISHED] |
| Chariton County, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: April 7, 2004

Filed: April 13, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Anthony King appeals the district court's[*] adverse judgment following a jury trial on King's 42 U.S.C. § 1983 excessive-force claim. King contends appellee and defense witnesses committed perjury at trial, and his appointed counsel was derelict in her duties. We reject King's arguments because the jury was entitled to credit the testimony of witnesses, see United States v. Harris, 310 F.3d 1105, 1111 (8th Cir.

_____

[*]The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

2002), <u>cert. denied</u>, 123 S. Ct. 2121 (2003); and there is no constitutional or statutory right to effective assistance of counsel in a civil case, <u>see</u> <u>Glick v. Henderson</u>, 855 F.2d 536, 541 (8th Cir. 1988).

We thus affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

_____